THE STATE OF OHIO, APPELLEE, *v.* COLWELL, APPELLANT.

[Cite as *State v. Colwell* (1996), 74 Ohio St.3d 631.]

(No. 95–2005—Submitted January 23, 1996—Decided February 28, 1996.)

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *William E. Breyer*, Assistant Prosecuting Attorney, for appellee.

*Michael Colwell, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its entry.[1]

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

---

1. Appellant's motions to produce/transmit record and to return copies instead of recycling are also denied.